```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

RALPH SCHOENMAN,                )
                                )
     Plaintiff,                 )
                                )
     v.                         )   Civil Action No. 04-2202 (CKK)
                                )
FEDERAL BUREAU OF               )
   INVESTIGATION, et al.,       )
                                )
     Defendants.                )
_____)

## JOINT PROPOSAL FOR NEW SCHEDULE

Plaintiff filed this action on December 20, 2004, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 & Supp. III 2003), and the Privacy Act of 1974, 5 U.S.C. § 552a (2000), seeking access to an array of agency records, including records pertaining to himself, Lord Bertrand Russell, and six particular organizations.  By Order of June 5, 2006, the Court dismissed certain of plaintiff's claims and ordered the parties "to confer and file a Joint Status Report by Monday, June 26, 2006 setting out (1) what claims remain; (2) how the parties wish to proceed; and (3) a proposed schedule for any future filings." On June 26, 2006, the parties filed a Joint Status Report in which they proposed, subject to the Court's approval, that they would file by August 30, 2006, a proposed schedule for release of the responsive records yet to be released and/or a proposed schedule governing future filings.  By Order of June 29, 2006, the Court approved this schedule.

-2-

Due to unexpected difficulties encountered since the filing of the Joint Status Report on June 26, 2006 -- namely, the fact that plaintiff's counsel only yesterday took steps toward completing necessary follow-up with one defendant agency (the National Archives and Records Administration (NARA)), having twice lost certain correspondence needed for him to complete that follow-up -- the parties are not yet in a position to come to an agreement concerning what claims remain in this case and how the parties propose to proceed.  Indeed, personnel at NARA have not yet had time to conduct any meaningful review of the detailed correspondence sent just yesterday by plaintiff's counsel in a way that permits them to accurately predict when a proposed release schedule might be completed.  Accordingly, the parties respectfully propose, subject to the approval of the Court, that they file by October 25, 2006, a proposed schedule for release of the responsive records yet to be released or, if necessary in the alternative, a status update regarding the progress made by NARA on determining such a schedule based upon plaintiff's highly detailed but belated submission.  The parties agree that this proposed timetable would of necessity allow for the refinement of the issues in this case, would not materially delay its adjudication, and would best facilitate the orderly adjudication of this case in a manner that best conserves judicial resources.

-3-

The parties also agree that there are no other matters appropriate for inclusion in a scheduling order at this time.

Respectfully submitted,

_____  _____
JAMES H. LESAR                    KENNETH L. WAINSTEIN
(DC Bar #114413)                  (DC Bar #451058)
1003 K Street, NW                 United States Attorney
Suite 640
Washington, DC  20001
(202) 393-1921

Attorney for Plaintiff            _____
                                  RUDOLPH CONTRERAS
                                  (DC Bar #434122)
                                  Assistant United States Attorney


                                  _____/s/_____
Dated:  August 30, 2006           JOSHUA T. RAINES
                                  Attorney-Advisor
                                  Office of Information and Privacy
                                  United States Department of Justice
                                  1425 New York Ave., NW, Suite 11050
                                  Washington, DC  20530-0001
                                  (202) 307-3997

                                  Attorneys for Defendants